UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA SUE MELTON,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

CASE NO. 3:26-cv-05565-JNW

ORDER GRANTING IFP
APPLICATION

This matter comes before the Court on Plaintiff Melissa Melton's Motion to Proceed in Forma Pauperis (IFP). Dkt. No. 1. The Court GRANTS Melton's IFP application and ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Melton has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), *see* Dkt. No. 1-1, Melton need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant that this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General

ORDER GRANTING IFP APPLICATION - 1

Counsel and to the United States Attorney of the Western District of Washington.

2. Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

It is so ORDERED.

Dated this 23rd day of June, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IFP APPLICATION - 2